AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 17 2008
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

JAYQUAN GARLINGTON

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-106M

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAYQUAN GARLINGTON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

**CRIMINAL COMPLAINT**

charging him with (brief description of offense):

on 7/16/08, knowingly possessing a firearm, to wit, a Davis Industries .380 caliber semi-automatic handgun, from which the manufacturer's serial number had been removed, obliterated and altered, and which had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(k).

DAVID L MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

JULY 17, 2008, PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/17/2008 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 07/21/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.